UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TATIANA BONILLA,

                              Plaintiff,

                -against-

THE CITY OF NEW YORK, THE NEW YORK
CITY DEPARTMENT OF HEALTH AND
MENTAL HYGIENE, and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/6/2023__

22 Civ. 7113 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 3, 2023, Defendants filed their motion to dismiss the third amended complaint. ECF Nos. 48–50.  Accordingly:

1. By **March 24, 2023**, Plaintiff shall file her opposition; and
2. By **April 7, 2023**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: March 6, 2023
       New York, New York

_____
        ANALISA TORRES
   United States District Judge