UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TATIANA BONILLA,

               Plaintiff,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/16/2023_

22 Civ. 7113 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan dated March 15, 2023. ECF No. 52. The parties request fact discovery to end on November 1, 2023. The Court will not schedule fact discovery for more than 120 days absent unique complexities or other exceptional circumstances. *Id.* ¶ 5. Further, the parties are required to propose a joint alternative dispute resolution mechanism. *See id.* ¶ 10. And, the parties have not included an estimate for the length of trial. Accordingly, by **March 23, 2023**, the parties shall refile a proposed case management plan that complies with the Court's September 8, 2022 order at ECF No. 4.

    SO ORDERED.

Dated: March 16, 2023
       New York, New York

                                                    ANALISA TORRES
                                       United States District Judge