```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
TATIANA BONILLA,

                              Plaintiff,

      – against –

THE CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and
the NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendants.
------------------------------------------------------------------------------- x

**RULE 502(d) ORDER**

22-cv-07113 (AT)

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND ORDERED THAT:**

1. The production of privileged or work-product protected documents or electronically stored information ("ESI") is not a waiver of any privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

SO ORDERED.

Dated:   New York, New York
          July  7 , 2023

_____
ANALISA TORRES
United States District Judge