**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

TATIANA BONILLA,

                                        Plaintiff,

                    -against-

CITY OF NEW YORK, et al.,

                                        Defendants.
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 9/13/2023
```

**22-CV-7113 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the September 13, 2023 case management conference, Plaintiff's request for a 30(b)(6) deposition to answer questions about public versus private school policies is denied.  Plaintiff's request to compel an interrogatory response on the same topic as above is also denied.

On the Department of Education 30(b)(6) deposition and the remaining interrogatories, the parties shall meet and confer by **September 20, 2023**.  If issues remain, by **September 27, 2023**, Plaintiff shall write a letter of no more than three pages with the specific information that Plaintiff is requesting and an explanation of why this information is relevant and proportional to the needs of the case. By **October 3, 2023**, Defendant shall respond.

The fact discovery deadline is extended to **October 31, 2023**.

**SO ORDERED.**

DATED:      New York, New York
            September 13, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge