```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/14/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TATIANA BONILLA,

                Plaintiff,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

22 Civ. 7113 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for September 26, 2023, is ADJOURNED to **November 21, 2023**, at **11:40 a.m.**

    SO ORDERED.

Dated: September 14, 2023
       New York, New York

                                                  ANALISA TORRES
                                                 United States District Judge