**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
TATIANA BONILLA,

                        Plaintiff,

    -against-                                   22 **CIVIL** 7113 (AT)

                                                          **JUDGMENT**

THE CITY OF NEW YORK, THE NEW YORK
CITY DEPARTMENT OF HEALTH AND
MENTAL HYGIENE, and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

                        Defendant.
-----------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 4, 2023, Bonilla's non-federal claims are DISMISSED without prejudice to renewal in state court. Accordingly, Bonilla's non-federal claims are DISMISSED without prejudice to renewal in state court the motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

       December 4, 2023

                                                              RUBY J. KRAJICK
                                                              Clerk of Court

                                    **BY:**           _____
                                                                 **Deputy Clerk**